554

■ The People of the State of New York, Respondent, v Jesus Ramos, Also Known as Jose Rodriguez, Appellant. [40 NYS3d 896]—Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered April 4, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.